IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01176-RPM

MAYPORT VENTURE PARTNERS, LP,
THE ALLANT GROUP, INC.,
DAN AIKEN,
DAVID A. BRADLEY,
GRAUE MILL PARTNERS, LLC,
GERALD GRAUNKE,
LAWRENCE J. SPEH,
RICHARD GUELFI, and
JANET GUELFI,

    Plaintiffs,

v.

THE HENRY GROUP, LTC.,

    Defendant.

---

ORDER SETTING SCHEDULING CONFERENCE

---

    Pursuant to D.C.COLO.LCivR 16, it is

    ORDERED that a scheduling conference will be held on **July 31, 2008, at 10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges frame.htm** (Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 1/08). The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on July 24, 2008.**

The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

Dated: June 5th, 2008

BY THE COURT:

s/Richard P. Matsch

.  _____
Richard P. Matsch, Senior District Judge