IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01176-RPM

MAYPORT VENTURE PARTNERS, LP,
THE ALLANT GROUP, INC.,
DAN AIKEN,
DAVID A. BRADLEY,
GRAUE MILL PARTNERS, LLC,
GERALD GRAUNKE,
LAWRENCE J. SPEH,
RICHARD GUELFI, and
JANET GUELFI,

    Plaintiffs,

v.

THE HENRY GROUP, LTC.,

    Defendant.

---

## ORDER DENYING JOINT MOTION FOR PROTECTIVE ORDER

---

Upon consideration of the Joint Motion for Protective Order [9], filed on July 29, 2008, it is

ORDERED that the motion is denied for failure to comply with D.C.COLO.LCivR 7.2 and 7.3.

Dated: July 30th, 2008

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
.                             Richard P. Matsch, Senior District Judge