IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01176-RPM

MAYPORT VENTURE PARTNERS, LP,
THE ALLANT GROUP, INC.,
DAN AIKEN,
DAVID A. BRADLEY,
GRAUE MILL PARTNERS, LLC,
GERALD GRAUNKE,
LAWRENCE J. SPEH,
RICHARD GUELFI, and
JANET GUELFI,

    Plaintiffs,

v.

THE HENRY GROUP, LTD.,

    Defendant.

## ORDER OF DISMISSAL

Pursuant to the Stipulation for Dismissal with Prejudice [16], filed on November 14, 2008, it is

ORDERED that this action is dismissed with prejudice, each party to pay their own attorneys' fees and costs.

Dated: November 14th, 2008

                                            BY THE COURT:

                                            s/Richard P. Matsch
                                            _____
.                                          Richard P. Matsch, Senior District Judge